UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOLENE J. GARZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant | Civil No. C07-963-RSM-JPD<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ordered that the Commissioner's final decision is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will conduct a de novo hearing. Pursuant to the ALJ's actions in the initial administrative hearing, Plaintiff's application of March 19, 2001, will be deemed reopened. The ALJ will make a new determination as to Petitioner's disability taking all evidence into account, paying particular attention to the nature and severity of Plaintiff's alleged mental impairment and the medical opinions relating thereto, and

Page 1    ORDER

issue a new decision. Upon proper application, Plaintiff is entitled to reasonable attorney's fees under the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq

DATED this 31st day of January, 2008.

```
                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE
```

Recommended for Entry this
23rd day of January, 2008:

  s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov

Page 2     ORDER